**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMANT DIVISION**

| | | |
|---|---|---|
| NANCY WEIDNER, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00361-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant's Motion to Transfer Venue is hereby GRANTED. This case is hereby TRANSFERRED to the Northern District of Texas, Fort Worth Division.

Signed this _____ day of _________________, 2018.