**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMANT DIVISION**

| | | |
|---|---|---|
| NANCY WEIDNER, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00361-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS MOTION TO TRANSFER VENUE AND BRIEF IN SUPPORT**

The following documents are referenced in *Defendant's Motion to Transfer Venue and Brief in Support*:

Exhibit 1: Affidavit of Paula McGee and Documents from Claim File

Exhibit 2: Northern District of Texas Website Page

Exhibit 3: Mapquest Website Pages

Dated this 10th day of September 2018.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

September 10, 2018
Date

/s/ Iwana Rademaekers
Iwana Rademaekers