**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMANT DIVISION**

| | | |
|---|---|---|
| NANCY WEIDNER, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00361-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF PAULA MCGEE**

1. I, Paula McGee, serve as Senior Counsel Group Protection - Legal & Regulatory Compliance, for The Lincoln National Life Insurance Company ("Lincoln"). I maintain my office in Tampa, Florida. I am more than 21 years of age and am competent to testify to the matters contained herein. My personal knowledge, as well as the files and records maintained by Lincoln in the ordinary course of business, form the basis of this Declaration.

2. As part of my responsibilities for Lincoln, I am familiar with Lincoln's procedures for processing and administering claims for disability benefits under group disability plans, including the claim at issue herein that was submitted by Nancy Weidner. ("Weidner"). I am also personally familiar with the manner in which Lincoln maintains files and records, including those that relate to Weidner's claims for short term and long term disability benefits under the employee health and welfare benefits plans ("the Plans") sponsored and maintained by Benbrook Water Authority.

3. I serve as a custodian of records pertaining to Lincoln disability claim litigation and am personally familiar with the documents that comprise the administrative record of Weidner's claims. The documents referenced in and attached to this Declaration are true and

EXHIBIT
1

correct copies of documents contained in the administrative record of Weidner's claim and are kept by Lincoln in the regular course of business.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON SEPTEMBER 10, 2018.

Paula McGee

REF #2443851

# l ong-t erm d isability c laim e mployee's s tatement

t o be c ompleted b y t he e mployee

**a. information about you**

Last Name: Weidner
First: Nancy
Middle Initial: L.

Address:
City: Fort Worth
State/Province: TX
Zip:

Telephone:
Social Security Number:

Date of Birth (Month, Day, Year):
Height: 5' 7"
Weight: 190
[X] Rt Handed [ ] Lt. Handed
[ ] Male [X] Female
[ ] Single [X] Married
[ ] Widowed [ ] Divorced

Your Employer (include division if applicable): Benbrook Water Authority - Dept. Finance P.O. Box 26929 Benbrook, TX 76126-0929

Occupation: Acounting Clerk

**b. information about your family** (required to determine your eligibility for Social Security bene ts)

Spouse's Name (Last, First): Weidner, Roy

Spouse's Social Security Number:
Date of Birth (Month, Day, Year):
Is your spouse employed? [ ] Yes [X] No Retired

Children under age 25: Name (Last, First): None under the age of 25
Date of Birth (Month, Day, Year):

00000020 LFPL5TT1 00000191

**c. information about the condition causing your disability**

1. For **pregnancy** or **illness**, answer the following questions:

What were your rst symptoms? Constant Thoracic Back Pain due to Significant S Shaped Lumbar Scoliosis with Bulging and Space Narrowing Disc; Severe Pain on Left Side that travels down to Groin and Leg named Subcoastal Iliohypogasric Neuropathy; Pelvic Floor Disfunction; Multiple Mini Strokes named Diffuse Microvascular Iachemic Brain Disease diagnosed on 06/13/16.

Prolypropylene Transvaginal Mesh that was surgically affixed to correct Pelvic Organ Prolapse has led to ...... multiple painful functions and an inferior quality of life.

When did you rst notice them? Originally submitted a date of 08/16/2013 It was actually prior to 03/2008
08/16/2013

Date you were rst treated by a physician (Month, Day, Year): 03/05/2008

2. For an **injury**, answer the following questions:

Where and how did the injury occur?

Date the injury occurred (Month, Day, Year):
Date you were rst treated by a physician (Month, Day, Year):

3. For **illness** or **injury**, answer the following questions:

Why are you unable to work? Sitting Or Standing Can Be Unbearable Due To Pain

Before you stopped working, did your condition require you to change your job or the way you did your job?
[ ] Yes [X] No If yes, explain

Is your condition related to your occupation?
[ ] Yes [X] No If yes, explain

Have you led, or do you intend to le a Workers' Compensation claim?
[ ] Yes [X] No

Do you require another person's active, hands-on help to safely perform activities of daily living?
[ ] Yes [X] No If yes, please explain what kind of help you receive and who provides it:

**d. information about the disability**

Last day you worked before the disability (Month, Day, Year): 11/04/2016
Did you work a full day? [X] Yes [ ] No If no, explain
Date you were rst unable to work? (Month, Day, Year): 11/07/2016

Have you returned to work? [ ] Yes Part time (date) ______ Full time (date) ______ [X] No
If you have not returned to work, do you expect to? [ ] Yes Part time (date) ______ Full time (date) ______ [X] No

Are you currently self-employed or working for another employer?
[ ] Yes [X] No If so, give details.

(Continued on next page)

REF #2443851

**e. information about physicians and hospitals**

First medical attention for the current disability was given by (complete below):

| | | |
|---|---|---|
| Doctor's Name Kelly Damon Grimes, DO<br>Cindy Atwell, PA-C | Telephone: (817) 900-8031<br>Fax: (817) 900-8031 | Specialty<br>General Practitioner |
| Address (Street, City, State, Zip)<br>9668 Bartlett Circle Fort Worth, TX 76108-4467 | | Dates Seen<br>05/15/2013 To Present |

List all other physicians and hospitals you have seen for this condition:

| | | |
|---|---|---|
| Doctor's Name<br>Philipe E. Zimmern, M.D. | Telephone: (214) 645-8765<br>Fax: (817) 645-8772 | Specialty<br>Urology |
| Address (Street, City, State, Zip)<br>5303 Harry Hines Blvd., Suite 110 Dallas, TX 75390 | | Dates Seen<br>12/05/2013 To Present |
| Doctor's Name<br>Kelly Michelle Scott, M.D. | Telephone: (214) 645-1777<br>Fax: (214) 645-1736 | Specialty Physical Medicine & Rehabilitation |
| Address (Street, City, State, Zip)<br>5303 Harry Hines Blvd., 5th Floor Dallas, TX 75390-9110 | | Dates Seen<br>01/17/2014 To 03/22/2016 |
| Doctor's Name<br>J. Daniel Johnson, M.D. | Telephone: (817) 784-8268<br>Fax: (817) 336-8034 | Specialty<br>Urology |
| Address (Street, City, State, Zip)<br>1300 W. Terrell Ave., Suite 450 Klabzuba Tower Fort Worth, TX 76104 | | Dates Seen<br>05/29/2009 To 2012 |
| Hospital<br>USMD Hospital at Fort Worth | Telephone: (817) 433-9100<br>Fax: | Specialty<br>Surgical Center |
| Address (Street, City, State, Zip)<br>5900 Alta Mesa Blvd., Fort Worth, TX 76132 | | Dates of Con nement<br>03/08/2010 To 03/09/2010 |

Have you ever had the same or a similar condition in the past?

☒ Yes ☐ No If yes, complete the following concerning your past treatment:

| | | |
|---|---|---|
| Doctor's Name<br>Charles G. Langham, III, M.D. | Telephone: (817) 921-6091<br>Fax: | Specialty<br>Obstetrics & Gynaecology |
| Address (Street, City, State, Zip)<br>1307 8th Ave., Suite 201 Fort Worth, TX 76104-4141 | | Dates Seen<br>04/02/1990 To 09/19/2011 |
| Hospital<br>Baylor All Saints Medical Center | Telephone: (817) 926-2544<br>Fax: | Specialty<br>Surgical Center |
| Address (Street, City, State, Zip)<br>1400 8th Ave., Fort Worth, TX 76104 | | Dates of Con nement<br>03/05/2008 To 03/06/2008 |

**F. information about other disability income** None

(Check the other income bene ts you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk., mon.) | Date claim was led | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ / | | | | |
| Social Security Disability/Yourself | $ / | | | | |
| Social Security Disability/Dependents | $ / | | | | |
| Canadian Pension Plan | $ / | | | | |
| Workers' Compensation | $ / | | | | |
| State Disability | $ / | | | | |
| Pension/Retirement | $ / | | | | |
| Pension/Disability | $ / | | | | |
| Short Term Disability | $ / | | | | |
| Unemployment | $ / | | | | |
| No-Fault Insurance | $ / | | | | |
| Railroad Retirement | $ / | | | | |
| Other (include individual or group bene ts): | $ / | | | | |

**G. information about income tax withholding**

If your request for bene ts is approved, should The Lincoln National Life Insurance Company withhold income taxes from your bene t checks?

☐ Yes ☐ No If yes, how much should be withheld from each check. Federal taxes (minimum is $88.00 per month) $ 60.00

**H. signature** (Required for all claims)

Under what other The Lincoln National Life Insurance policies are you currently covered? None

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

X Nancy K Weidner — Signature of Employee

01/03/2018 — Date

GLC-01252

REF #2443851

**e. Information about physicians and hospitals**

First medical attention for the current disability was given by (complete below):

| | | |
|---|---|---|
| Doctor's Name<br>John A. Pumphrey, M.D. | Telephone: (817) 784-8268<br>Fax: (817) 923-7357 | Specialty<br>Urology |
| Address (Street, City, State, Zip) USMD Fort Worth Clearfork Clinic<br>5450 Clearfork Main Street, Suite 420 Fort Worth, TX 76109 | | Dates Seen<br>03/29/2012 To 2013 |

List all other physicians and hospitals you have seen for this condition:

| | | |
|---|---|---|
| Doctor's Name<br>Baylor Institute for Rehabilitation | Telephone: (817) 738-9866<br>Fax: | Specialty<br>Rehabilitation - Physical Therapy |
| Address (Street, City, State, Zip)<br>4901 Bryant Irvin Road North Fort Worth, TX 76107 | | Dates Seen<br>To |
| Doctor's Name Capstone Pain Management<br>William C. Moore, M.D. | Telephone: (817).292-8585<br>Fax: | Specialty<br>Pain Management |
| Address (Street, City, State, Zip)<br>6900 Harris Parkway Suite 300 Fort Worth, TX 76132 | | Dates Seen<br>07/05/13 To 08/05/13 |
| Doctor's Name<br>David L. Gould, M.D. | Telephone: (817) 348-8380<br>Fax: (817) 348-8380 | Specialty<br>Urology |
| Address (Street, City, State, Zip) Metroplex Urology & Transplant Surgery<br>900 Jerome St., Suite 304 Fort Worth, TX 76104 | | Dates Seen<br>09/30/08 To 02/18/09 |
| Hospital<br>Baylor All Saints Medical Center | Telephone: (817) 926-2544<br>Fax: | Specialty<br>Surgical Center |
| Address (Street, City, State, Zip)<br>1400 8th Ave., Fort Worth, TX 76104 | | Dates of Con nement<br>09/30/08 02/03/09 To 10/01/08 02/03/09 |

Have you ever had the same or a similar condition in the past?

☒ Yes ☐ No If yes, complete the following concerning your past treatment:

| | | |
|---|---|---|
| Doctor's Name<br>Ankit Mkesh Patel, M.D. | Telephone: (817) 264-2080<br>Fax: | Specialty<br>Pain Management |
| Address (Street, City, State, Zip)<br>5323 Harry Hines Blvd., Suite 1104 Dallas, TX 75390 | | Dates Seen<br>04/08/14 To 08/12/14 |
| Hospital<br>UT Southwestern Medical Center University Hosptials & Clinic | Telephone:<br>Fax: | Specialty<br>Surgical Center |
| Address (Street, City, State, Zip)<br>Dallas, TX 75390-8525 | | Dates of Con nement<br>04/08/14 08/12/14 To 04/08/14 08/12/14 |

**F. Information about other disability income** None

(Check the other income bene ts you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk., mon.) | Date claim was led | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ | / | | | |
| Social Security Disability/Yourself | $ | / | | | |
| Social Security Disability/Dependents | $ | / | | | |
| Canadian Pension Plan | $ | / | | | |
| Workers' Compensation | $ | / | | | |
| State Disability | $ | / | | | |
| Pension/Retirement | $ | / | | | |
| Pension/Disability | $ | / | | | |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | | | |
| No-Fault Insurance | $ | / | | | |
| Railroad Retirement | $ | / | | | |
| Other (include individual or group bene ts): | $ | / | | | |

**G. Information about income tax withholding**

If your request for bene ts is approved, should The Lincoln National Life Insurance Company withhold income taxes from your bene t checks?

☐ Yes ☐ No If yes, how much should be withheld from each check, Federal taxes (minimum is $88.00 per month) $ 60.00

**H. Signature** (Required for all claims)

Under what other The Lincoln National Life Insurance policies are you currently covered? None

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

X Nancy L Weidner 01/03/2018

Signature of Employee Date

REF #2443851

**c. Information about physicians and hospitals**

First medical attention for the current disability was given by (complete below):

| | | |
|---|---|---|
| Doctor's Name<br>Cooper & Bush Physical Therapy | Telephone: (817) 731-9331<br>Fax: | Specialty<br>Physical Therapy |
| Address (Street, City, State, Zip)<br>6080 Southwest Blvd., Benbrook, TX 76109 | | Dates Seen<br>11/11/2011 To 04/04/2012 |

List all other physicians and hospitals you have seen for this condition:

| | | |
|---|---|---|
| Doctor's Name Capstone Pain & Spine Center<br>William C. Moore, M.D. | Telephone: (817) 292-8585<br>Fax: | Specialty<br>Pain Managemnet |
| Address (Street, City, State, Zip)<br>6900 Harris Pkwy., Suite 300 Fort Worth, TX 76132 | | Dates Seen<br>07/05/2013 To 08/05/2013 |
| Doctor's Name<br>Travis A. Motley, D.P.M. | Telephone: (817) 927-1370<br>Fax: | Specialty<br>Podiatry |
| Address (Street, City, State, Zip)<br>1500 S. Main St. Fort Worth, TX 76104 | | Dates Seen<br>12/29/2015 To 07/26/2016 |
| Doctor's Name<br>Thomas M. Kleuser, M.D. | Telephone: (817) 921-3461<br>Fax: (817) 921-5602 | Specialty<br>Orthopedic Surgeon |
| Address (Street, City, State, Zip)<br>1300 Rosedale St., Suite B Fort Worth, TX 76104-2824 | | Dates Seen<br>12/05/2011 To 06/20/2012 |
| Hospital<br>Baylor Surgical Center | Telephone: (817) 334-5050<br>Fax: (817) 334-5093 | Specialty<br>Surgical Center |
| Address (Street, City, State, Zip)<br>750 12th Avenue Fort Worth, TX 76104 | | Dates of Con nement<br>12/27/2011 To 12/27/2011 |

Have you ever had the same or a similar condition in the past?

☐ Yes ☒ No If yes, complete the following concerning your past treatment:

| | | |
|---|---|---|
| Doctor's Name | Telephone:<br>Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates Seen<br>To |
| Hospital | Telephone:<br>Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates of Con nement<br>To |

**F. Information about other disability income**

(Check the other income bene ts you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk., mon.) | Date claim was led | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ | / | | | |
| Social Security Disability/Yourself | $ | / | | | |
| Social Security Disability/Dependents | $ | / | | | |
| Canadian Pension Plan | $ | / | | | |
| Workers' Compensation | $ | / | | | |
| State Disability | $ | / | | | |
| Pension/Retirement | $ | / | | | |
| Pension/Disability | $ | / | | | |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | | | |
| No-Fault Insurance | $ | / | | | |
| Railroad Retirement | $ | / | | | |
| Other (include individual or group bene ts): | $ | / | | | |

**G. Information about income tax withholding** None

If your request for bene ts is approved, should The Lincoln National Life Insurance Company withhold income taxes from your bene t checks?

☐ Yes ☐ No If yes, how much should be withheld from each check. Federal taxes (minimum is $88.00 per month) $ 60.00

**H. signature (Required for all claims)**

Under what other The Lincoln National Life Insurance policies are you currently covered? None

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

X [signature] 01/03/2018

Signature of Employee Date



00000020 LFPL5TT1 00000192

REF #2443851

e. Information about physicians and hospitals

First medical attention for the current disability was given by (complete below):

| | | |
|---|---|---|
| Doctor's Name Neurology Associates<br>Roger S. Blair, M.D. | Telephone: (817) 882-2400<br>Fax: (817) 882-2441 | Specialty<br>Neurology |
| Address (Street, City, State, Zip)<br>600 S. Main St., Suite 300 Fort Worth, TX 76104 | | Dates Seen<br>03/15/2016 To 06/03/2016 |

List all other physicians and hospitals you have seen for this condition:

| | | |
|---|---|---|
| Doctor's Name<br>Bret Beavers, M.D. | Telephone: (817) 529-1900<br>Fax: | Specialty<br>Orthopedic Physical Therapy |
| Address (Street, City, State, Zip)<br>2901 Acme Brick Plaza Fort Worth, TX 76109 | | Dates Seen<br>11/09/2016 To 12/08/2016 |
| Doctor's Name<br>Christopher C. Pratt, DO | Telephone: (817) 332-9966<br>Fax: (817) 332-9977 | Specialty Pain Management<br>Neuromusculoskeletal Medicine |
| Address (Street, City, State, Zip)<br>1651 W. Rosedale St., Suite 205 Fort Worth, TX 76104 | | Dates Seen<br>11/22/2016 To 11/22/2016 |
| Doctor's Name<br>Boa A. Thai, D.C. | Telephone: (940) 312-6936<br>Fax: | Specialty Doctor of Chiropractic Care<br>Class 4 Laser, PEMF, Deep Muscle, Arthrostim, Vibration Plate and Neuro Light Therapy |
| Address (Street, City, State, Zip)<br>3941 FM 2181 Corinth, TX 76210-4211 | | Dates Seen<br>01/11/2017 To 10/17/2017 |
| Hospital | Telephone:<br>Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates of Con nement<br>To |

Have you ever had the same or a similar condition in the past?

☐ Yes ☐ No If yes, complete the following concerning your past treatment:

| | | |
|---|---|---|
| Doctor's Name | Telephone:<br>Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates Seen<br>To |
| Hospital | Telephone:<br>Fax: | Specialty |
| Address (Street, City, State, Zip) | | Dates of Con nement<br>To |

F. Information about other disability income None

(Check the other income bene ts you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Source of Income | Amount | (wk., mon.) | Date claim was led | Date payments began | Date payments ended |
|---|---|---|---|---|---|
| Social Security Retirement | $ | / | | | |
| Social Security Disability/Yourself | $ | / | | | |
| Social Security Disability/Dependents | $ | / | | | |
| Canadian Pension Plan | $ | / | | | |
| Workers' Compensation | $ | / | | | |
| State Disability | $ | / | | | |
| Pension/Retirement | $ | / | | | |
| Pension/Disability | $ | / | | | |
| Short Term Disability | $ | / | | | |
| Unemployment | $ | / | | | |
| No-Fault Insurance | $ | / | | | |
| Railroad Retirement | $ | / | | | |
| Other (include individual or group bene ts): | $ | / | | | |

G. Information about income tax withholding

If your request for bene ts is approved, should The Lincoln National Life Insurance Company withhold income taxes from your bene t checks?

☐ Yes ☐ No If yes, how much should be withheld from each check, Federal taxes (minimum is $88.00 per month) $ 60.00

H. Signature (Required for all claims)

Under what other The Lincoln National Life Insurance policies are you currently covered? None

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning statements.

X [signature] 01/03/2018

Signature of Employee Date



0000020 LFPL5TT1 00000192