
Abilene Division
Amarillo Division
Dallas Division
Ft. Worth Division
Lubbock Division
San Angelo Division
Wichita Falls Division
Dallam
Sherman
Hansford
Ochiltree
Lipscomb
Hartley
Moore
Hutchin-son
Roberts
Hemphill
Oldham
Potter
Carson
Gray
Wheeler
Deaf Smith
Randall
Arm-strong
Donley
Collingsworth
Childress
Hardeman
Parmer
Castro
Swisher
Briscoe
Hall
Bailey
Lamb
Hale
Floyd
Motley
Cottle
Foard
Wil-barger
Wichita
Clay
Mon-tague
Cochran
Hockley
Lubbock
Crosby
Dickens
King
Knox
Baylor
Archer
Yoakum
Terry
Lynn
Garza
Kent
Stone-wall
Haskell
Throck-morton
Young
Jack
Wise
Rockwall
Hunt
Gaines
Dawson
Borden
Scurry
Fisher
Jones
Shackle-ford
Stephens
Palo Pinto
Parker
Tarrant
Dallas
Kaufman
Howard
Mitchell
Nolan
Taylor
Callahan
Eastland
Erath
Hood
Johnson
Ellis
Navarro
Glass-cock
Sterling
Coke
Runnels
Coleman
Brown
Comanche
Mills
Reagan
Irion
Tom Green
Concho
Crockett
Schleicher
Menard
Sutton

EXHIBIT

2