<u>Plaintiff's residence to the federal courthouse in Fort Worth, TX</u>:

(for protection of Plaintiff's personal information, her address and detailed map/directions have been omitted from this page)




EXHIBIT

3

Plaintiff's residence to the federal courthouse in Marshall, Texas:

(for protection of Plaintiff's personal information, her address and detailed directions/map have been omitted from this page)



YOUR TRIP TO:
501 W 10th St

**18 MIN** | **9.5 MI**

**Est. fuel cost: $1.01**

**Trip time based on traffic conditions as of 3:46 PM on September 7, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

Start of next leg of route

**1.** Start out going **west** on Mercedes St toward Forest Creek St.

Then 0.13 miles — 0.13 total miles

**2.** Take the 1st **right** onto Winscott Rd.
*Winscott Rd is 0.1 miles past Forest Creek St.*

*If you reach San Angelo Ave you've gone about 0.2 miles too far.*

Then 0.98 miles — 1.12 total miles

**3.** Winscott Rd becomes Old Benbrook Rd.

Then 0.19 miles — 1.30 total miles

**4.** Old Benbrook Rd becomes W Vickery Blvd.

Then 5.27 miles — 6.57 total miles

**5.** Turn **left** onto Montgomery St.
*Montgomery St is just past Margaret St.*

*If you reach Kimzey St you've gone a little too far.*

Then 0.12 miles — 6.69 total miles

**6.** Turn **right** onto W Rosedale St.
*W Rosedale St is just past Lovell Ave.*

*If you reach West Fwy you've gone about 0.1 miles too far.*

Then 0.10 miles — 6.79 total miles

**7.** Merge onto I-30 E/US-377 N via the ramp on the **left**.

Then 0.99 miles — 7.77 total miles

**8.** Take the **Cherry St/Lancaster Ave** exit toward **Convention Ctr**.

Then 1.08 miles — 8.86 total miles

**9.** Merge onto Cherry St.

Then 0.48 miles — 9.34 total miles

**10.** Turn **right** onto W 7th St.
*W 7th St is just past W 10th St.*

*If you reach W 5th St you've gone a little too far.*

Then 0.08 miles — 9.42 total miles

**11.** Take the 1st **right** onto Lamar St.
*Lamar St is just past Burnett St.*

Then 0.10 miles — 9.52 total miles

**12.** Take the 1st **right** onto W 10th St.
*If you reach Texas St you've gone a little too far.*

Then 0.03 miles — 9.54 total miles

**13.** 501 W 10th St, Fort Worth, TX 76102-3600, 501 W 10TH ST is on the **left**.
*If you reach Burnett St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!
(1-877-577-5766)


Car trouble mid-trip? MapQuest Roadside Assistance is here:
(1-888-461-3625)

YOUR TRIP TO:

100 E Houston St

**3 HR 3 MIN | 190 MI**

**Est. fuel cost: $14.30**

**Trip time based on traffic conditions as of 4:14 PM on September 7, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **west** on Mercedes St toward Forest Creek St.

Then 0.13 miles — 0.13 total miles

**2.** Take the 1st **right** onto Winscott Rd.

*Winscott Rd is 0.1 miles past Forest Creek St.*

*If you reach San Angelo Ave you've gone about 0.2 miles too far.*

Then 0.23 miles — 0.36 total miles

**3.** Take the 1st **right** onto SW Loop 820.

Then 0.76 miles — 1.12 total miles

**4.** Merge onto I-20 E via the ramp on the **left**.

Then 49.34 miles — 50.46 total miles

**5.** Keep **left** to take I-20 E toward **Shreveport**.

Then 133.89 miles — 184.35 total miles

**6.** Take the **TX-43** exit, EXIT 614, toward **Caddo Lake/Marshall**.

Then 0.26 miles — 184.61 total miles

**7.** Keep **left** to take the ramp toward **Marshall/Caddo Lake**.

Then 0.04 miles — 184.65 total miles

**8.** Turn **left** onto State Highway 43/TX-43. Continue to follow TX-43.

Then 2.92 miles — 187.57 total miles

**9.** Turn **left** onto Loop 390/TX-390 Loop.

*Loop 390 is 0.2 miles past Palomino Dr.*

*If you reach Lane Lewis St you've gone a little too far.*

Then 1.21 miles — 188.78 total miles

**10.** Turn **right** onto W Houston St.

*W Houston St is just past Bryan St.*

*If you reach W Grand Ave you've gone about 0.5 miles too far.*

Then 1.35 miles — 190.13 total miles

**11.** Turn **right** onto S Wellington St.

Then 0.02 miles — 190.15 total miles

**12.** Take the 1st **left** onto W Houston St.

*If you reach W Bowie St you've gone a little too far.*

Then 0.08 miles — 190.22 total miles

**13.** 100 E Houston St, Marshall, TX 75670-4144, 100 E HOUSTON ST is on the **right**.

*Your destination is just past S Washington Ave.*

*If you reach S Bolivar St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:
100 E Houston St

**2 HR 57 MIN | 172 MI**

**Est. fuel cost: $12.50**

**Trip time based on traffic conditions as of 5:33 PM on September 10, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **south** on International Pkwy/TX-97 S (Portions toll).
Then 3.83 miles — 3.83 total miles

**2.** Merge onto TX-183 E via the exit on the **left**.
Then 11.04 miles — 14.87 total miles

**3.** TX-183 E becomes I-35E S/US-77 S.
Then 4.99 miles — 19.86 total miles

**4.** Take the **I-30 E** exit, EXIT 428A, toward **Texarkana**.
Then 0.72 miles — 20.58 total miles

**5.** Merge onto E R.L. Thornton Service Rd S.
Then 0.49 miles — 21.07 total miles

**6.** Merge onto I-30 E/US-67 N.
Then 7.03 miles — 28.10 total miles

**7.** Keep **right** to take US-80 E via EXIT 53B toward **Terrell**.
Then 19.12 miles — 47.22 total miles

**8.** Take TX-557 Spur E toward **I-20 E/Tyler/Shreveport**.
Then 4.36 miles — 51.57 total miles

**9.** Merge onto I-20 E via the exit on the **left** toward **Tyler/Shreveport**.
Then 114.56 miles — 166.13 total miles

**10.** Take the **TX-43** exit, EXIT 614, toward **Caddo Lake/Marshall**.
Then 0.26 miles — 166.39 total miles

**11.** Keep **left** to take the ramp toward **Marshall/Caddo Lake**.
Then 0.04 miles — 166.43 total miles

**12.** Turn **left** onto State Highway 43/TX-43. Continue to follow TX-43.
Then 2.92 miles — 169.35 total miles

**13.** Turn **left** onto Loop 390/TX-390 Loop.
*Loop 390 is 0.2 miles past Palomino Dr.*

*If you reach Lane Lewis St you've gone a little too far.*

Then 1.21 miles — 170.56 total miles

**14.** Turn **right** onto W Houston St.
*W Houston St is just past Bryan St.*

*If you reach W Grand Ave you've gone about 0.5 miles too far.*

Then 1.35 miles — 171.91 total miles

**15.** Turn **right** onto S Wellington St.
Then 0.02 miles — 171.93 total miles

**16.** Take the 1st **left** onto W Houston St.
*If you reach W Bowie St you've gone a little too far.*

Then 0.08 miles — 172.01 total miles

**17.** 100 E Houston St, Marshall, TX 75670-4144, 100 E HOUSTON ST is on the **right**.
*Your destination is just past S Washington Ave.*

*If you reach S Bolivar St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:

501 W 10th St

**32 MIN** | **24.2 MI**

**Est. fuel cost: $1.76**

**Trip time based on traffic conditions as of 5:31 PM on September 10, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **south** on International Pkwy/TX-97 S (Portions toll).

Then 3.83 miles — 3.83 total miles

**2.** Merge onto TX-183 W toward **Ft Worth**.

Then 11.34 miles — 15.16 total miles

**3.** Take I-820 S/TX-121 S toward **Downtown Ft Worth**.

Then 0.13 miles — 15.29 total miles

**4.** Keep **left** to take TX-121 S via EXIT 24B toward **Downtown Ft Worth**.

Then 7.06 miles — 22.35 total miles

**5.** Merge onto I-35W S/US-377 S/US-287 S via the exit on the **left** toward **Waco**.

Then 0.63 miles — 22.99 total miles

**6.** Take the **TX-280 Spur** exit, EXIT 52A, toward **Downtown**.

Then 0.31 miles — 23.29 total miles

**7.** Merge onto State Spur 280.

Then 0.07 miles — 23.36 total miles

**8.** Take E 6Th St toward **Bass Performance Hall**.

Then 0.64 miles — 24.00 total miles

**9.** Turn **left** onto Lamar St.

*Lamar St is just past Taylor St.*

*If you reach Burnett St you've gone a little too far.*

Then 0.14 miles — 24.13 total miles

**10.** Turn **right** onto W 10th St.

*W 10th St is just past W 7th St.*

*If you reach Texas St you've gone a little too far.*

Then 0.03 miles — 24.16 total miles

**11.** 501 W 10th St, Fort Worth, TX 76102-3600, 501 W 10TH ST is on the **left**.

*If you reach Burnett St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:
501 W 10th St

**14 MIN | 11.3 MI**

**Est. fuel cost: $1.19**

**Trip time based on traffic conditions as of 7:43 PM on September 7, 2018. Current Traffic:** Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **east** on Bartlett Cir toward Expedition Dr.
Then 0.04 miles — 0.04 total miles

**2.** Turn **left** onto Expedition Dr.
Then 0.13 miles — 0.17 total miles

**3.** Turn **right** onto White Settlement Rd.
Then 0.15 miles — 0.32 total miles

**4.** Turn **right** onto W Loop 820 S.
Then 0.21 miles — 0.53 total miles

**5.** Merge onto I-820 S via the ramp on the **left**.
Then 1.00 miles — 1.53 total miles

**6.** Merge onto I-30 E via EXIT 3B toward **Downtown/Ft Worth**.
Then 7.98 miles — 9.52 total miles

**7.** Take the **Cherry St/Lancaster Ave** exit toward **Convention Ctr**.
Then 1.08 miles — 10.60 total miles

**8.** Merge onto Cherry St.
Then 0.48 miles — 11.08 total miles

**9.** Turn **right** onto W 7th St.
*W 7th St is just past W 10th St.*

*If you reach W 5th St you've gone a little too far.*

Then 0.08 miles — 11.16 total miles

**10.** Take the 1st **right** onto Lamar St.
*Lamar St is just past Burnett St.*

Then 0.10 miles — 11.26 total miles

**11.** Take the 1st **right** onto W 10th St.
*If you reach Texas St you've gone a little too far.*

Then 0.03 miles — 11.29 total miles

**12.** 501 W 10TH ST is on the **left**.
*If you reach Burnett St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!
(1-877-577-5766)


Car trouble mid-trip? MapQuest Roadside Assistance is here:
(1-888-461-3625)

YOUR TRIP TO:

100 E Houston St

**3 HR 12 MIN | 196 MI**

**Est. fuel cost: $14.70**

**Trip time based on traffic conditions as of 7:42 PM on September 7, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

1. Start out going **east** on Bartlett Cir toward Expedition Dr.

Then 0.04 miles — 0.04 total miles

2. Turn **left** onto Expedition Dr.

Then 0.13 miles — 0.17 total miles

3. Turn **right** onto White Settlement Rd.

Then 0.15 miles — 0.32 total miles

4. Turn **right** onto W Loop 820 S.

Then 0.21 miles — 0.53 total miles

5. Merge onto I-820 S via the ramp on the **left**.

Then 4.85 miles — 5.39 total miles

6. Merge onto I-20 E via the exit on the **left**.

Then 51.15 miles — 56.54 total miles

7. Keep **left** to take I-20 E toward **Shreveport**.

Then 133.89 miles — 190.43 total miles

8. Take the **TX-43** exit, EXIT 614, toward **Caddo Lake/Marshall**.

Then 0.26 miles — 190.69 total miles

9. Keep **left** to take the ramp toward **Marshall/Caddo Lake**.

Then 0.04 miles — 190.73 total miles

10. Turn **left** onto State Highway 43/TX-43. Continue to follow TX-43.

Then 2.92 miles — 193.65 total miles

11. Turn **left** onto Loop 390/TX-390 Loop.

*Loop 390 is 0.2 miles past Palomino Dr.*

*If you reach Lane Lewis St you've gone a little too far.*

Then 1.21 miles — 194.86 total miles

12. Turn **right** onto W Houston St.

*W Houston St is just past Bryan St.*

*If you reach W Grand Ave you've gone about 0.5 miles too far.*

Then 1.35 miles — 196.21 total miles

13. Turn **right** onto S Wellington St.

Then 0.02 miles — 196.23 total miles

14. Take the 1st **left** onto W Houston St.

*If you reach W Bowie St you've gone a little too far.*

Then 0.08 miles — 196.31 total miles

15. 100 E HOUSTON ST is on the **right**.

*Your destination is just past S Washington Ave.*

*If you reach S Bolivar St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.




100 E Houston St



Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:
501 W 10th St

**1 HR 1 MIN | 38.6 MI**

**Est. fuel cost: $2.91**

**Trip time based on traffic conditions as of 7:46 PM on September 7, 2018. Current Traffic:** Heavy

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **west** on FM 2181/FM-2181 toward Olympus Ct. Continue to follow FM-2181.

Then 3.19 miles — 3.19 total miles

**2.** Turn **left** onto Old Alton Rd.
*Old Alton Rd is 0.1 miles past Primrose.*

Then 0.25 miles — 3.44 total miles

**3.** Keep **right** at the fork to continue on Old Alton Rd.

Then 0.47 miles — 3.90 total miles

**4.** Take the 1st **right** to stay on Old Alton Rd.
*If you are on Copper Canyon Rd and reach Long Tail Trl you've gone about 0.2 miles too far.*

Then 1.04 miles — 4.94 total miles

**5.** Old Alton Rd becomes Hilltop Rd.

Then 1.86 miles — 6.80 total miles

**6.** Turn **right** onto FM 407/FM-407.
*FM 407 is just past Spring creek Dr.*

Then 5.51 miles — 12.30 total miles

**7.** Merge onto I-35W S via the ramp on the **left** toward **Fort Worth**.
*If you reach Corral City Dr you've gone a little too far.*

Then 25.12 miles — 37.43 total miles

**8.** Take the **TX-280 Spur** exit, EXIT 52A, toward **Downtown**.

Then 0.31 miles — 37.73 total miles

**9.** Merge onto State Spur 280.

Then 0.07 miles — 37.81 total miles

**10.** Take E 6Th St toward **Bass Performance Hall**.

Then 0.64 miles — 38.44 total miles

**11.** Turn **left** onto Lamar St.
*Lamar St is just past Taylor St.*

*If you reach Burnett St you've gone a little too far.*

Then 0.14 miles — 38.58 total miles

**12.** Turn **right** onto W 10th St.
*W 10th St is just past W 7th St.*

*If you reach Texas St you've gone a little too far.*

Then 0.03 miles — 38.61 total miles

**13.** 501 W 10TH ST is on the **left**.
*If you reach Burnett St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.




3941 FM 2181

501 W 10th St




Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:

100 E Houston St

**3 HR 34 MIN | 180 MI**

**Est. fuel cost: $13.50**

**Trip time based on traffic conditions as of 7:49 PM on September 7, 2018. Current Traffic:** Heavy

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **east** on FM 2181/FM-2181 toward Ronald Reagan Ave.

Then 0.49 miles — 0.49 total miles

**2.** Turn **slight right** onto S Stemmons Fwy.

*If you are on Swisher Rd and reach N Stemmons Fwy you've gone a little too far.*

Then 1.01 miles — 1.49 total miles

**3.** Merge onto I-35E S/US-77 S via the ramp on the **left**.

Then 16.25 miles — 17.75 total miles

**4.** Merge onto I-635 E via EXIT 440B.

Then 21.64 miles — 39.39 total miles

**5.** Merge onto US-80 E via EXIT 6B toward **Terrell**.

Then 16.06 miles — 55.44 total miles

**6.** Take TX-557 Spur E toward **I-20 E/Tyler/Shreveport**.

Then 4.36 miles — 59.80 total miles

**7.** Merge onto I-20 E via the exit on the **left** toward **Tyler/Shreveport**.

Then 114.56 miles — 174.36 total miles

**8.** Take the **TX-43** exit, EXIT 614, toward **Caddo Lake/Marshall**.

Then 0.26 miles — 174.62 total miles

**9.** Keep **left** to take the ramp toward **Marshall/Caddo Lake**.

Then 0.04 miles — 174.66 total miles

**10.** Turn **left** onto State Highway 43/TX-43. Continue to follow TX-43.

Then 2.92 miles — 177.58 total miles

**11.** Turn **left** onto Loop 390/TX-390 Loop.

*Loop 390 is 0.2 miles past Palomino Dr.*

*If you reach Lane Lewis St you've gone a little too far.*

Then 1.21 miles — 178.79 total miles

**12.** Turn **right** onto W Houston St.

*W Houston St is just past Bryan St.*

*If you reach W Grand Ave you've gone about 0.5 miles too far.*

Then 1.35 miles — 180.14 total miles

**13.** Turn **right** onto S Wellington St.

Then 0.02 miles — 180.16 total miles

**14.** Take the 1st **left** onto W Houston St.

*If you reach W Bowie St you've gone a little too far.*

Then 0.08 miles — 180.23 total miles

**15.** 100 E HOUSTON ST is on the **right**.

*Your destination is just past S Washington Ave.*

*If you reach S Bolivar St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.




100 E Houston St



Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

## YOUR TRIP TO:

501 W 10th St

**5 MIN | 1.5 MI**

**Est. fuel cost: $0.16**

**Trip time based on traffic conditions as of 7:53 PM on September 7, 2018. Current Traffic:** Heavy

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **south** on 5th Ave toward W Terrell Ave.

Then 0.04 miles — 0.04 total miles

**2.** Take the 1st **left** onto W Terrell Ave.

*If you reach W Rosedale St you've gone about 0.1 miles too far.*

Then 0.06 miles — 0.09 total miles

**3.** Turn **left** onto S Henderson St.

Then 1.08 miles — 1.18 total miles

**4.** Turn **right** onto W 7th St.

*W 7th St is just past W 10th St.*

*If you reach W 5th St you've gone a little too far.*

Then 0.23 miles — 1.41 total miles

**5.** Turn **right** onto Lamar St.

*Lamar St is just past Burnett St.*

Then 0.10 miles — 1.50 total miles

**6.** Take the 1st **right** onto W 10th St.

*If you reach Texas St you've gone a little too far.*

Then 0.03 miles — 1.53 total miles

**7.** 501 W 10th St, Tarrant, TX, 76102-3600, 501 W 10TH ST is on the **left**.

*If you reach Burnett St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

YOUR TRIP TO:
100 E Houston St

**3 HR 2 MIN | 187 MI**

**Est. fuel cost: $13.70**

**Trip time based on traffic conditions as of 7:56 PM on September 7, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **south** on 5th Ave toward W Terrell Ave.
Then 0.04 miles — 0.04 total miles

**2.** Take the 1st **left** onto W Terrell Ave.
*If you reach W Rosedale St you've gone about 0.1 miles too far.*
Then 0.06 miles — 0.09 total miles

**3.** Turn **left** onto S Henderson St.
Then 0.46 miles — 0.55 total miles

**4.** Merge onto I-30 E via the ramp on the **left**.
Then 1.20 miles — 1.74 total miles

**5.** Merge onto US-287 S via EXIT 15B.
Then 7.77 miles — 9.51 total miles

**6.** Take the **US-287 S** exit, EXIT 34A, on the **left** toward **I-20 E/Waxahachie/Dallas**.
Then 0.58 miles — 10.09 total miles

**7.** Merge onto I-20 E.
Then 36.80 miles — 46.89 total miles

**8.** Keep **left** to take I-20 E toward **Shreveport**.
Then 133.89 miles — 180.78 total miles

**9.** Take the **TX-43** exit, EXIT 614, toward **Caddo Lake/Marshall**.
Then 0.26 miles — 181.04 total miles

**10.** Keep **left** to take the ramp toward **Marshall/Caddo Lake**.
Then 0.04 miles — 181.08 total miles

**11.** Turn **left** onto State Highway 43/TX-43. Continue to follow TX-43.
Then 2.92 miles — 184.00 total miles

**12.** Turn **left** onto Loop 390/TX-390 Loop.
*Loop 390 is 0.2 miles past Palomino Dr.*

*If you reach Lane Lewis St you've gone a little too far.*
Then 1.21 miles — 185.21 total miles

**13.** Turn **right** onto W Houston St.
*W Houston St is just past Bryan St.*

*If you reach W Grand Ave you've gone about 0.5 miles too far.*
Then 1.35 miles — 186.56 total miles

**14.** Turn **right** onto S Wellington St.
Then 0.02 miles — 186.58 total miles

**15.** Take the 1st **left** onto W Houston St.
*If you reach W Bowie St you've gone a little too far.*
Then 0.08 miles — 186.66 total miles

**16.** 100 E HOUSTON ST is on the **right**.
*Your destination is just past S Washington Ave.*

*If you reach S Bolivar St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.




100 E Houston St




Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

# YOUR TRIP TO:

501 W 10th St

**4 MIN | 1.2 MI**

**Est. fuel cost: $0.13**

**Trip time based on traffic conditions as of 8:12 PM on September 7, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

Start of next leg of route

1. Start out going **east** on Pennsylvania Ave toward 5th Ave.

Then 0.07 miles — 0.07 total miles

2. Turn **left** onto S Henderson St.

*S Henderson St is just past 5th Ave.*

*If you reach S Adams St you've gone a little too far.*

Then 0.54 miles — 0.61 total miles

3. Turn **right** onto W Lancaster Ave/TX-180.

*W Lancaster Ave is just past W Presidio St.*

Then 0.19 miles — 0.80 total miles

4. Turn **left** onto Lamar St.

Then 0.24 miles — 1.04 total miles

5. Turn **right** onto Texas St.

*Texas St is just past W 13th St.*

Then 0.06 miles — 1.09 total miles

6. Take the 1st **left** onto Taylor St.

*If you reach Monroe St you've gone a little too far.*

Then 0.07 miles — 1.16 total miles

7. Take the 1st **left** onto W 10th St.

*If you reach W 7th St you've gone about 0.1 miles too far.*

Then 0.08 miles — 1.25 total miles

8. 501 W 10th St, Fort Worth, TX 76102-3600, 501 W 10TH ST is on the **left**.

*Your destination is just past Lamar St.*

*If you reach Burnett St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.




Book a hotel tonight and save with some great deals!
(1-877-577-5766)

Car trouble mid-trip? MapQuest Roadside Assistance is here:
(1-888-461-3625)

## YOUR TRIP TO:

100 E Houston St

**3 HR | 186 MI**

**Est. fuel cost: $13.70**

**Trip time based on traffic conditions as of 8:01 PM on September 7, 2018. Current Traffic:** Moderate

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

**1.** Start out going **east** on Pennsylvania Ave toward 5th Ave.

Then 0.07 miles — 0.07 total miles

**2.** Turn **left** onto S Henderson St.

*S Henderson St is just past 5th Ave.*

*If you reach S Adams St you've gone a little too far.*

Then 0.24 miles — 0.31 total miles

**3.** Merge onto I-30 E via the ramp on the **left**.

Then 1.20 miles — 1.51 total miles

**4.** Merge onto US-287 S via EXIT 15B.

Then 7.77 miles — 9.27 total miles

**5.** Take the **US-287 S** exit, EXIT 34A, on the **left** toward **I-20 E/Waxahachie/Dallas**.

Then 0.58 miles — 9.85 total miles

**6.** Merge onto I-20 E.

Then 36.80 miles — 46.65 total miles

**7.** Keep **left** to take I-20 E toward **Shreveport**.

Then 133.89 miles — 180.55 total miles

**8.** Take the **TX-43** exit, EXIT 614, toward **Caddo Lake/Marshall**.

Then 0.26 miles — 180.80 total miles

**9.** Keep **left** to take the ramp toward **Marshall/Caddo Lake**.

Then 0.04 miles — 180.84 total miles

**10.** Turn **left** onto State Highway 43/TX-43. Continue to follow TX-43.

Then 2.92 miles — 183.77 total miles

**11.** Turn **left** onto Loop 390/TX-390 Loop.

*Loop 390 is 0.2 miles past Palomino Dr.*

*If you reach Lane Lewis St you've gone a little too far.*

Then 1.21 miles — 184.97 total miles

**12.** Turn **right** onto W Houston St.

*W Houston St is just past Bryan St.*

*If you reach W Grand Ave you've gone about 0.5 miles too far.*

Then 1.35 miles — 186.32 total miles

**13.** Turn **right** onto S Wellington St.

Then 0.02 miles — 186.34 total miles

**14.** Take the 1st **left** onto W Houston St.

*If you reach W Bowie St you've gone a little too far.*

Then 0.08 miles — 186.42 total miles

**15.** 100 E HOUSTON ST is on the **right**.

*Your destination is just past S Washington Ave.*

*If you reach S Bolivar St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.






Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip? MapQuest Roadside Assistance is here:

(1-888-461-3625)

100 E Houston St