IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NANCY WEIDNER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 2:18-cv-00361-JRG |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

PLAINTIFF'S SURREPLY TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE AND BRIEF IN SUPPORT

Plaintiff submits this surreply to Defendant's reply in support of its motion to transfer venue and brief in support because Defendant misrepresents in its reply that "Plaintiff has made no attempt to either rebut the weighing of the factors as set forth in [Defendant's] Motion or to provide her own analysis of how the factors should be weighted in this action." That was what Plaintiff's response was all about. Defendant's motion and reply, on the other hand, do not honestly concede the inapplicability of multiple transfer of venue considerations to this action as an action on a record. Plaintiff, by contrast, has properly highlighted that fact. Ultimately, Defendant's motion is simply its own way of forum shopping under a statute which accords consideration to a plaintiff's choice of forum without similarly according any weight to a defendant's. The gamesmanship of Defendant in justifying its choice of forum by invoking considerations which simply do not apply to this action should not be encouraged.

WHEREFORE, Plaintiff prays for the denial of Defendant's motion.

Respectfully submitted,

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
reg@kilgorelaw.com
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, Texas 75204
(214) 379-0823
(214) 379-0840 (telecopy)

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed using the electronic case filing system of the court with a copy sent to the following counsel of record on October 1, 2018:

iwana@rademaekerslaw.com

Iwana Rademakers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road
Suite 550
Dallas, Texas 75254

/s/Robert E. Goodman, Jr.
Robert E. Goodman, Jr.