**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NANCY WEIDNER | § | |
| | § | |
| v. | § | Case No. 2:18-CV-361-JRG-RSP |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |

## **ORDER**

Currently before the Court is Defendant's Motion to Transfer Venue (Dkt. No. 5). This motion presents a closer question than it might otherwise present because this is an action that will be decided on the administrative record, without live witness testimony. However, given the fact that Plaintiff resides in the Northern District of Texas, and all of the relevant employment and medical events occurred in that district, the motion will be GRANTED.

Accordingly, the clerk is directed to transfer this action to the Northern District of Texas.

**SIGNED this 22nd day of October, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE