**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMANT DIVISION**

| | | |
|---|---|---|
| NANCY WEIDNER, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00361-JRG-RSP |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the Parties' Joint Motion to Stay all Deadlines and Notice of Settlement. Having considered the Motion, and after review of Plaintiff's Complaint, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Motion to Stay all Deadlines and Notice of Settlement filed by the Parties is hereby **GRANTED**.