**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NANCY WEIDNER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:18-CV-00361-JRG-RSP |

**ORDER**

On this day, the Court considered the Parties' Joint Motion to Stay all Deadlines and Notice of Settlement. Having considered the Motion, and after review of Plaintiff's Complaint, and the applicable law, the Motion is **GRANTED**.

If dismissal papers have not been filed by **November 26, 2018**, lead and local counsel for the parties to the settlement must appear for a show-cause hearing on **December 12, 2018** at **1:00 p.m.** A party's lack of payment is not sufficient to delay dismissal papers or continue the show-cause hearing, nor is a settlement agreement that conditions dismissal on full payment. If the parties want the Court to retain jurisdiction to enforce the settlement agreement, the proposed dismissal order should contain a provision to that effect. *See Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 431 (5th Cir. 2002) ("a district court has ancillary jurisdiction to enforce a settlement agreement only if the court makes the agreement part of its dismissal order").

**SIGNED this 26th day of October, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE