**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NANCY WEIDNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:18-CV-00361-JRG-RSP |
| v. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have filed a Joint Stipulation for Dismissal with Prejudice [Dkt. #14]. After consideration, the Court is of the opinion that this Stipulation has merit. It is therefore ORDERED that this should be dismissed with prejudice. It is further ORDERED that the parties should each pay for their own costs as indicated in the Joint Stipulation.

**So Ordered this**
**Nov 29, 2018**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE